# NO. 12-15-00126-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE INTEREST OF T. W.,* | § | *APPEAL FROM THE 392ND* |
| *C. W., JR., W. W., S. W. AND D. W.,* | § | *JUDICIAL DISTRICT COURT* |
| *CHILDREN* | § | *HENDERSON COUNTY, TEXAS* |

## MEMORANDUM OPINION
### PER CURIAM

S.W. filed a pro se notice of appeal in this parental rights termination case, stating that she is "appealing all hearings from the beginning of this cause til the present."

It is well settled that appellate courts have jurisdiction over final judgments and interlocutory orders made appealable by statute. *Lehmann v. Har–Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); TEX. CIV. PRAC. & REM. CODE ANN. § 51.014 (West 2015) (authorizing appeals from certain interlocutory orders). A final judgment is one that disposes of all pending parties and claims. *See Lehmann*, 39 S.W.3d at 195.

The district clerk has informed this court that no final judgment or other appealable order has been signed in the case. On June 24, 2015, this court sent a letter to S.W. notifying her that it appears there is no final judgment or order in the case. S.W. was warned that the appeal would be dismissed unless, on or before July 6, 2015, the information in the appeal was amended to show the jurisdiction of this court. *See* TEX. R. APP. P. 42.3. The July 6, 2015 deadline has passed, and the information in this appeal has not been amended to show this court's jurisdiction. Accordingly, we *dismiss* the appeal *for want of jurisdiction*.[1] *See* TEX. R. APP. P. 42.3(b).

Opinion delivered July 8, 2015.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)

---

[1] Today we also dismissed an appeal by D.G.M., which was filed under this appellate cause number (12-15-00126-CV). D.G.M. and S.W. were the only parties attempting to appeal. Therefore, this appeal has been dismissed in its entirety.



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JULY 8, 2015**

**NO. 12-15-00126-CV**

## IN THE INTEREST OF T. W., C. W., JR., W. W., S. W. AND D. W., CHILDREN

Appeal from the 392nd District Court

of Henderson County, Texas (Tr.Ct.No. FAM 15-0010-392)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this court is without jurisdiction of the appeal, and that the appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed for want of jurisdiction**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*